STATE of Missouri, Respondent,

v.

Alfonso D. REYES, Appellant.

No. WD 48481.

Missouri Court of Appeals,
Western District.

June 28, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 2, 1994.

Application to Transfer Denied Sept. 20, 1994.

Milton E. Harper, Jr., Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jennifer A. Glancy, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and FENNER and ELLIS, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of the class A felony of trafficking drugs in the second degree in violation of section 195.223, RSMo Supp. 1993.

Judgment affirmed. Rule 30.25(b).

Donnie RICE, Appellant,

v.

FAB BUILDING CENTER, Respondent.

No. WD 49029.

Missouri Court of Appeals,
Western District.

June 28, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 2, 1994.

Application to Transfer Denied Sept. 20, 1994.

Beverly Figg, Jefferson City, for appellant.

David Moen, Jefferson City, for respondent.

Before HANNA, P.J., and BRECKENRIDGE and ELLIS, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Workers' Compensation benefits.

Judgment affirmed pursuant to Rule 84.-16(b).